UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-60163 CR-DIMITROULEAS /TORRES

18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

JOBERO LUBIN

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the defendant,

**JOBERO LUBIN,**

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOBERO LUBIN,

                **Defendant.**

_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

04 - 60163 CR - DIMITROULEAS

Superseding Case Information:

/ TORRES

**Court Division:** (Select One)

  ___ Miami   ___ Key West

  _X_ FTL   ___ WPB   ___ FTP

New Defendant(s)     Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:   (Yes or No)   __No__
      List language and/or dialect   _____

4.    This case will take   __3__   days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                                 (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | _X_ |
| IV | 21 to 60 days | ___ | Felony | ___ |
| V | 61 days and over | ___ | | |

6.    Has this case been previously filed in this District Court? (Yes or No)   __No__
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)   __No__
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No)   __No__

7.    Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes  _X_ No

8.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ____ Yes  _X_ No
    If yes, was it pending in the Central Region?   ____ Yes   ____ No

9.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  _X_ No

10.    Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes  _X_ No

                                       KAREN E. ROCHLIN
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Court ID No. A5500050

*Penalty Sheet(s) attached

                                                                REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>**PENALTY SHEET**</u>

**Defendant's Name:**      **JOBERO LUBIN**

**Case No:**

Count #: 1     04-60163   CR-DIMITROULEAS

/ TORRES

  Election Fraud

  Title 18, United States Code, Section 611

**\* Max.Penalty**:        1 year's imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

*vs.*

_____JOBERO LUBIN_____

Defendant

# INDICTMENT

## 18 U.S.C. § 611

*A true bill.*

FGJ 04-01(MIA)                                                   Foreman

Filed in open court this _____15_____ day,

of __July_____ A.D. 2004

                                                    Deputy        Clerk

Bail, $ _____

Case 0:04-cr-60163-WPD Document 1 Entered on FLSD Docket 07/19/2004 Page 4 of 4