FILED BY:_____D.C.

2004 AUG 23  PM 3: 38

S. D. OF FL.-FTL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60163-CR-DIMITROULEAS
Magistrate Judge Torres

UNITED STATES OF AMERICA

v.

JOBERO LUBIN

_____/

GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case.  This response is numbered to correspond to that order.

A.1  Written statements of the defendant are attached.

A.2 The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.

A.4  On July 28, 1986, the Pompano Beach Police Department arrested the defendant for vehicle theft.  The case was resolving with the filing of "no information" under docket number 86-10783CF10 (17th Judicial Circuit, Broward County, Florida) on August 19, 1986.

A.5 Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be



reached at (305) 961-9234. While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the undersigned to schedule a complete inspection. Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.    The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady or Agurs other than any information already disclosed herein.

D. & E.  The United States is unaware of any witness within the scope of these paragraphs.

F.    No line-ups, show-ups, or similar identification procedures were used during this case.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).  Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.  The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

2

J.    The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.    No contraband was seized in connection with this case.

L.    The United States is not in possession of any vehicles involved in this case.

M.    The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N.    Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.    Counsel may contact the undersigned to confer regarding stipulations.

P.    Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to ensure a fair trial.

                              Respectfully submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY
                    By:
                              KAREN E. ROCHLIN
                              ASSISTANT U.S. ATTORNEY
                              99 N.E. 4th Street
                              Miami, Florida  33132
                              (305) 961-9234
                              (305) 536-4675 (fax)
                              Court I.D. No. A5500050

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this _19th_ day of August, 2004 on Daryl Wilcox, AFPD, One East Broward Boulevard, Suite 1100, Fort Lauderdale, Florida 33301

_____
KAREN E. ROCHLIN

4

Case 0:04-cr-60163-WPD   Document 12   Entered on FLSD Docket 08/24/2004   Page 5 of 20

BROWARD COUNTY Supervisor of Elections
VOTING HISTORY REPORT

PAGE   1

**JOBERO LUBIN**

Registered Address : 212 LAKE POINTE DR
APT 213
OAKLAND PARK   FL   33309

Voter-ID: 01713557   Registered: 11-19-1990   Status: Canceled - Voter's Request

```
0700 POLL non   11/07/2000 GENERAL
1197 POLL non   03/11/1997 CITY GENERAL
0596 POLL       11/05/1996 GENERAL
0894 POLL       11/08/1994 GENERAL
0392 POLL       11/03/1992 GENERAL
0192 POLL       10/01/1992 2ND PRIMARY
```

State of FLORIDA
County of BROWARD

    I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of JOBERO LUBIN as it appears on record in my office.
    Witness my hand and seal on October 18, 2002.

MIRIAM M. OLIPHANT
Supervisor of Elections

By: _____
Deputy

LUBIN               JOBERO              -57C
APT B                                08/25/93
420 NW 4 CT                           D-23
POMPANO BEACH FL 33060               -15-

| ADDRESS | | | |
| --- | --- | --- | --- |
| 1713557 | M | B | DEM |
| REGISTRATION NO. | SEX | RACE | PARTY |
| 11/19/90 | | 09/08/66 | BAH |
| REGISTRATION DATE | | BIRTH DATE | |

REGISTRATION #

1713557

ARE YOU PERMANENTLY DISABLED?  YES ☐  NO ☑
DO YOU NEED ASSISTANCE IN VOTING?  YES ☐  NO ☑

OATH OF ELECTOR - FLORIDA, BROWARD COUNTY
"I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL PROTECT AND DEFEND THE CONSTITUTION OF THE UNITED STATES AND THE CONSTITUTION OF THE STATE OF FLORIDA. AND THAT I AM QUALIFIED TO REGISTER AS AN ELECTOR UNDER THE LAWS OF THE STATE OF FLORIDA. I AM A CITIZEN OF THE UNITED STATES AND A LEGAL RESIDENT OF BROWARD COUNTY, FLORIDA AND THAT I HAVE

☑ NEVER PREVIOUSLY REGISTERED TO VOTE IN ANY OTHER JURISDICTION

☐ BEEN REGISTERED UNDER THE NAME OF _____

AT _____ AND REQUEST THAT MY PRIOR REGISTRATION BE CANCELLED, AND THAT ALL OF THE INFORMATION ON THIS FORM IS TRUE."

DEM

(X) MARK          SIGNATURE OF VOTER

SUBSCRIBED AND SWORN TO BEFORE ME, JANE CARROLL, SUPERVISOR OF ELECTIONS

THIS REGISTRATION IS MADE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA.    BY

DEPUTY OR ATTESTING OFFICER



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant, Supervisor
Broward Governmental Center
115 S. Andrews Avenue, Room 102
Fort Lauderdale, FL 33301

## Certification of Registration

I, *MIRIAM M. OLIPHANT* , *SUPERVISOR OF ELECTIONS* for *BROWARD COUNTY, FL* , do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

*LUBIN, JOBERO*

**Date of Registration**: *11-19-1990*

**Certification Number**: *01713557*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address** *212 LAKE POINTE DR, APT 213, OAKLAND PARK  FL  33309 0000*

**Precinct Number:** *13D*   **Sex:***M*      **Race:** *B*

**Date of Birth**:*09-08-1966*

Witness my hand and official seal at *BROWARD  COUNTY, FL* on *September 3, 2002* .

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD COUNTY, FL*

By:

Deputy

Si desea una traducción de este documento sírvase llamar al teléfono (954) 357-8452
954-357-7050 • Fax#: 954-357-7070

# MARIAM M. OLIPHANT
## Broward County Supervisor of Elections
Governmental Center
115 South Andrews Avenue. Room 102
Fort Lauderdale. FL 33301
Office: 954-357-7050    www.browardsoe.org    FAX: 954-357-7070

## Certification of Registration

I, _____, _____ for
_____, do hereby certify that the following information is a true and
correct copy of the voter registration record on file in this office for:

**Date of Registration**:

**Certification Number**:

**Status**:

**Address**:

**Precinct Number**:      **Sex**:      **Race**:

**Date of Birth**:

Witness my hand and official seal at _____,
on _____.

By:_____
         Deputy

Si desea una traducción de este documento sírvase llamar al teléfono (954) 357-8452

```
03-06-2002              BROWARD COUNTY Supervisor of Elections              PAGE   1
12:10:31                        VOTING HISTORY REPORT
```

## JOBERO LUBIN

```
              Registered Address : 212 LAKE POINTE DR
                                   APT 213
                                   OAKLAND PARK  FL  33309
Voter-ID: 01713557  Registered: 11-19-1990  Status: Active  Total Items:  6
```

```
0700 POLL non   11/07/2000 GENERAL
1197 POLL non   03/11/1997 CITY GENERAL
0596 POLL       11/05/1996 GENERAL
0894 POLL       11/08/1994 GENERAL
0392 POLL       11/03/1992 GENERAL
0192 POLL       10/01/1992 2ND PRIMARY
```

```
      State of FLORIDA
      County of BROWARD

         I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
      the foregoing to be a true and correct copy of the voting record
      of JOBERO LUBIN as it appears on record in my office.
         Witness my hand and seal on March 6, 2002.


                              MIRIAM M. OLIPHANT
                              Supervisor of Elections

                              By: _____
                                           Deputy
```

**START HERE - Please Type or Print**

## Part 1.  Information about you.

| | |
|---|---|
| Family Name: Jabriou Lubin | Given Name: JCBCRO  Middle Initial |

U.S. Mailing Address - Care of

Street Number and Name: 212 Lake Pointe Dr #213   OAKLAND PARK FL   Apt. #

City: Oakland PARK FL   County: Broward

State: Florida   ZIP Code: 33309

Date of Birth (month/day/year): 9/8/66   Country of Birth: Bahamas

Social Security #: 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   A# 91185361

## Part 2.  Basis for Eligibility (check one).

a. ☑ I have been a permanent resident for at least five (5) years.

b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐ I am a permanent resident child of United States citizen parent(s)

d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B

e. ☐ Other. (Please specify section of law)

## Part 3.  Additional information about you.

Date you became a permanent resident (month/day/year): 1986 12/19/86

Port admitted with an immigrant visa or INS Office where granted adjustment of status:

Citizenship: Bahamian (3)

Name on alien registration card (if different than in Part 1)

Other names used since you became a permanent resident (including maiden name)

| Sex | Height | Marital Status | |
|---|---|---|---|
| ☑ Male  ☐ Female | 5'3" | ☐ Single  ☑ Married | ☐ Divorced  ☐ Widowed |

Can you speak, read and write English ?  ☐No ☑Yes

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident?   ☑ No ☐Yes.

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |

Form N-400 (Rev 07/17/91)N     **Continued on back.**

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**At interview**

☐ request naturalization ceremony at court

**Remarks**

**Action**

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 212 LAKE POINTE DR #213, OAKLAND PARK FL 3330 | 6/20/97 | until |
| 430 NW 4th Court, Pompano Beach FL 33306 | 1993 | 6/1997 |
| | | |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| Costco Whole Sale | Davie Blvd, FL | 11/99 | Present | Maintainance |
| Southern Sanitation | Powerline RD, Pompano Bch FL 33064 | 5/96 | 4/98 | Truck Driver |
| Broward County School | Fort Lauderdale, FL | 1994 | 5/1996 | Bus Driver |

## Part 5. Information about your marital history.

A. Total number of times you have been married ___1___. If you are now married, complete the following regarding your husband or wife.

| Family name | Given name | Middle initial |
|---|---|---|
| Veronica Lubin | Scott | D |

Address 212 Lake Pointe Dr #213, Oakland Park FL 33309

| Date of birth (month/day/year) 3-19-64 | Country of birth | Citizenship |
|---|---|---|
| Social Security# 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 | A# (if applicable) | Immigration status (if not a U.S. citizen) |

Naturalization (if applicable)
(month/day/year)                     Place     (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children ___1___. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| Jarrell Devon Lubin | 07-12-98 | America | | | W/applic |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Form N-400 (Rev. 07/17/91)N                              **Continued on next page**

*Continued on back*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?  ☐ Yes ☑ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

   a. The Nazi Government of Germany?  ☐ Yes ☑ No

   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?  ☐ Yes ☑ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?  ☐ Yes ☑ No

4. Have you ever left the United States to avoid being drafted into the U.S Armed Forces?  ☐ Yes ☑ No

5. Have you ever failed to comply with Selective Service laws?  ☐ Yes ☑ No

   If you have registered under the Selective Service laws, complete the following information:

   Selective Service Number:_____ Date Registered:_____

   If you registered before 1978, also provide the following:

   Local Board Number:_____ Classification:_____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?  ☐ Yes ☑ No

7. Have you ever deserted from the military, air or naval forces of the United States?  ☐ Yes ☑ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?  ☐ Yes ☑ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?  ☐ Yes ☑ No

10 Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?  ☐ Yes ☑ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?  ☐ Yes ☑ No

12. Have you ever:  *HAVE YOU EVER REGISTERED TO VOTE IN THE US? YES  HAVE YOU EVER VOTED IN THE US? YES*

    a. been a habitual drunkard?  ☐ Yes ☑ No

    b. advocated or practiced polygamy?  ☐ Yes ☑ No

    c. been a prostitute or procured anyone for prostitution?  ☐ Yes ☑ No

    d. knowingly and for gain helped any alien to enter the U.S. illegally?  ☐ Yes ☑ No

    e. been an illicit trafficker in narcotic drugs or marijuana?  ☐ Yes ☑ No

    f. received income from illegal gambling?  ☐ Yes ☑ No

    g. given false testimony for the purpose of obtaining any immigration benefit?  ☐ Yes ☑ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?  ☐ Yes ☑ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?  ☐ Yes ☑ No

15. Have you ever:

    a. knowingly committed any crime for which you have not been arrested?  ☐ Yes ☑ No

    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  ☐ Yes ☑ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city, state, and country**, where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?  ☑ Yes ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)  ☑ Yes ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.?  ☑ Yes ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?  ☑ Yes ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☑ Yes ☐ No

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

*I am a member of a Church. The name of the Church is Arthur Hall Memorial Church Of God In Christ. I am also associated with the organization, One-On-One Outreach Ministries (homeless ministry) and One-On-One Enrichment Academy (a private school).*

## Part 10. Complete only if you checked block "C" in Part 2.

How many of your parents are U.S. citizens?   ☐ One   ☐ Both   (Give the following about one U.S. citizen parent)

| Family Name | Given Name | Middle Name |
|---|---|---|
| | | |

Address

| Basis for citizenship: | Relationship to you (check one): | |
|---|---|---|
| ☐ Birth | ☐ natural parent | ☐ adoptive parent |
| ☐ Naturalization Cert. No. | ☐ parent of child legitimated after birth | |

If adopted or legitimated after birth, give date of adoption or, legitimation: (month, day, year)_____

Does this parent have legal custody of you?   ☐ Yes   ☐ No

*(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)*

## Part 11. Signature. *(Read the information on penalties in the instructions before completing this section).*

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Date |
|---|---|
| *Robert Lubin* | *8/21/00* |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.*

## Part 12. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|---|---|---|
| *Veronica D. Lubin* | *Veronica D. Lubin* | *8/21/00* |

Firm Name and Address

---

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1, through ____, that the corrections, numbered 1 through *10*, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

*Robert Lubin*
*(Complete and true signature of applicant)*

Subscribed and sworn to before me by the applicant.

*Ernesto Lanzafama*   *3/30/01*
*(Examiner's Signature)*   Date

**Department of Justice**
Immigration and Naturalization Service      **Certificate Preparation Sheet And Oath Declaration**

| A # | A 091 185 361 | Daytime Phone # | (954) 733-7874 |

**NAME** (If name Change, **ENTER** new Name):       **Check BOX if there is a change of name:** ⟶ ☐

| JOBERO |

(FIRST)

| |

(MIDDLE)

| LUBIN |

(LAST)

**Date of birth:** | 09/08/1966 |

Month/Day/Complete Year

(Check Sex)   MALE: [X]

FEMALE: ☐

**Height:** | 5 | 3 |   Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): ⟶ | M |

(Feet)  (Inches)

**Country of Former Nationality:** | Bahamas |

(Enter Actual name of Country)

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

_____ / _____ 3/30/01
Applicant's Signature (name change)                          Date

Form N-649 (Rev. 11/1/98)

## VOTERS SUPPLEMENT

**Name:** Jobero Lubin _____ **A** 094 85-361 _____

**Please answer the following questions if you have ever registered to vote or voted for an election within the United States.**

1. **How old were you when you became a permanent resident of the United States?** I was 25 years old.

2. **If you became a permanent resident while under the age of 16, are your parents United States citizens.  If so, please explain.** N/A

3. **If you are married, what is the nationality of your spouse?  If your spouse is a United States citizen, please explain.** My wife is an American Citizen She was born in Pompano Beach Florida

4. **On what date(s) did you register to vote?** 11-19-1990

5. **Where did you register to vote (include city, county, and state)?  If more than once, please specify.** Pompano Beach Florida and Fort Lauderdale Florida. Broward County Florida.

6. Have you ever voted in an election in the United States.  If so please provide the date, location of the election (city, county & state) and type of election held (federal, state or local) for each.

| DATE OF ELECTION | LOCATION | TYPE OF ELECTION |
|---|---|---|
| 1. 11-07-2000 | 0700 Poll non | General |
| 2. 03-11-1997 | 1197 Poll non | City General |
| 3. 11-05-1996 | 0596 POll | General |
| 4. 11-08-1994 | 6894 POll | General |
| 5. 11-03-1992 | 0392 Poll | General |
| 6. 10-01-1992 | 0192 POll | 2nd Primary |

7. How did you obtain the voter's registration application? I Went to the Voters of Registeration Office.

8. Did you apply in person or through the mail? I applied In Person.

9. Why did you register to vote, or register and vote in an election within the United States when you were not a citizen? I thought I could Vote because I was a Permenant Resident.

10. Did you know that it was unlawful for you to apply for a voter's registration card and to vote? No



11. When did you first become aware that you were not qualified to register or vote in the United States? When I went on my Interview to become a Citizen.

12. If you registered and voted because you believed that you were a citizen of the United States, please explain. I was in the Process of becomi a United States Citizen, So I thought I could Vote

13. If you registered and voted because you believed that you were a citizen of the United States, why have you applied for naturalization? I didn't believe that I was United States Citizen, I thought because I was in the process of becoming a Citizen and because I was a Perment resident than I Could Vote.

14. If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen? I didn't believe I was a Citizen. I Knew all along that I was not a citizen, but I thought I could Vote being a permanent resident.

15. Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for a real estate homestead exemption? No

16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain. *No*

17. Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit.  If yes, please explain. *No*

18. Have you ever used the voter's registration card as proof of citizenship?  If so, please explain. *No*

19. Have you ever been called for jury duty?  If so, please, explain. *yes, I went but they did not Select me as a jury.*

_____
SIGNATURE

_____
4/4/02  DATE

## UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

### RECORD OF SWORN STATEMENT
### (T-FILE)

APPLICANT NAME:_____Jobero Lubin_____FILE NO ___A 091 185 361____ DATE _3/30/2001_____

EXECUTED AT __Miami CUSA Office, Miami, FL_____

Before the following officer of the U.S. Immigration and Naturalization Service: __Ernesto Largaespada , DAO·__

**(NAME AND TITLE)**

in the ___English_____ language. Interpreter ———— N/A ———————————————— used.

I,_____Jobero Lubin_____ , acknowledge that the above named officer has identified himself/herself to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He/she has informed me that he/she desires to take my sworn statement regarding:

He/she has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear that I will tell the truth the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. What is your true, full and complete name?
A. Jobero Lubin

Q. What is your place and date of birth?
A. Bahamas, September 8, 1966

Q. Are you currently in removal (formerly deportation and or exclusion) proceedings?
A. No

Q. Are you currently under a removal (formerly deportation) order?
A. No

Q. Have you abandoned your residence?
A. No

Q. Has the INS ever taken any action to terminate your resident status?
A. No

Q. If you have answered "yes" to any of the above questions, please explain below:
A. N/A

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature of Applicant _Robero Lubin_____

30th day of ___April_____, 2001 . Sworn and subscribed before me:

_____          _____
Signature INS Officer                              Signature of Witness

(Rev. 11/1/98)

# AFFIDAVIT

A 91 185 361

I, _Jelero Lubin_, being first duly sworn,

do hereby state under oath, that:

x I have Voted in time pass in the united States

and had a voted registratiano card

I Voted im Nouber 2000

_Jobero Lubin_
(SIGNATURE)

SWORN TO & SUBSCRIBED BEFORE ME THIS 30th DAY OF March 19 2001

_Ernesto Laigaiode_
(NATURALIZATION EXAMINER)